IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Louis Clay Tharp, <br><br> Plaintiff, <br><br> vs. <br><br> Media General, Inc.; Media General Operations, Inc. d/b/a WBTW CBS News 13 and the Morning News; Media General Communications Holdings, LLC d/b/a/ SCNOW .com; Mason Snyder; and Nicole Boone, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:11-cv-1819-TLW <br><br> **VERDICT** |

**1.** As to the Plaintiff's Claim for **DEFAMATION**, we the jury unanimously find:

(a) __✓__ For the Plaintiff, Louis Clay Tharp          (b) _____ For the Defendants.


*If you have found for the Plaintiff, Louis Clay Tharp, proceed to Question 2.*

*If you have found for the Defendants, the Foreperson should sign and date the bottom of the verdict form, and advise the marshal outside your door that you are ready to return to the Courtroom to publish your verdict.*

## 2. Liability of Each Defendant

If you have found for the Plaintiff, Louis Clay Tharp, please place a checkmark next to the name of each Defendant that you have found liable to the Plaintiff for his claim of defamation.

a) ____✓____ Media General, Inc.

b) ____✓____ Media General Operations, Inc.

c) ____✓____ Media General Communication Holdings, LLC

d) _____ Mason Snyder

e) _____ Nicole Boone

*Proceed to Question 3.*

## 3. Actual and Special Damages: 
Please state the amount of actual and special damages sustained by the Plaintiff, Louis Clay Tharp, for his defamation claim:

__Three-hundred and thirty-two thousand and 0%₀₀__ ($ __332,000__ )
(Indicate an amount in words and numerically)

*Proceed to Question 4 to consider an award of Punitive Damages if you awarded actual or special damages in favor of the Plaintiff, Louis Clay Tharp.*

## 4. Punitive Damages

    **a.** Do you award Punitive Damages against Defendants Media General, Inc. and Media General, Operations, Inc. and Media General Communications Holdings, LLC based upon a finding of constitutional actual malice on the part of Defendants Nicole Boone or Mason Snyder to the Plaintiff, Louis Clay Tharp:

(i) _____ Yes          (ii) ✓ No

*If you answered **Yes** to award Punitive Damages, please proceed to Part b. of Question 4.*

*If you answered **No** to award Punitive Damages, the Foreperson should sign and date the bottom of the verdict form, and advise the marshal outside your door that you are ready to return to the Courtroom to publish your verdict.*

    **b.** Please state below the amount of Punitive Damages awarded against the Defendants, Media General, Inc., Media General Operations, Inc., and Media General Communications Holdings, LLC:

_____ ( $_____ )
(Indicate an amount in words and numerically)

*The Foreperson should sign and date below, and advise the marshal outside your door that you are ready to return to the Courtroom to publish your verdict.*

_____
Foreperson of the Jury

5/16/14
Date

Columbia, South Carolina