# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Louis Clay Tharp,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Media General, Inc.; Media General Operations, Inc. d/b/a WBTW CBS News 13 and the Morning News; Media General Communications Holdings, LLC d/b/a SCNOW.com; Mason Snyder; and Nicole Boone,<br><br>　　　　　Defendants. | Civil Action No.: 4:11-cv-1819-TLW<br><br>**SATISFACTION OF JUDGMENT** |

WHEREAS, a judgment was entered in the above action on the 19th day of May, 2014, in favor of the Plaintiff and against Media General, Inc., Media General Operations, Inc., d/b/a WBTW CBS News 13 and the Morning News, and Media General Communications Holdings, LLC, d/b/a SCNOW.com, in the amount of $332,000.00, plus interest from the date of judgment, and said judgment and interest having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: October 29, 2014

                                         /s/ David B. Wolf
                                         David B. Wolf
                                         David Wolf Law, PLLC
                                         One Grand Central Place
                                         60 East 42nd Street, Suite 4700
                                         New York, NY 10165

                                         Attorney for Plaintiff

STATE OF NEW YORK          )
                                )
COUNTY OF NEW YORK      )

On the 29th day of October, 2014, personally appeared before me David B. Wolf, to me known and known to be a member of the firm of David Wolf Law, PLLC, attorney for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within Satisfaction of Judgment and acknowledged to me that he executed the same.

                                         /s/ Mark D. Risk

[Notary Seal]                          Notary Public for New York
                                         My Commission Expires: _____
                                         MARK D. RISK
                                         Notary Public, State of New York
                                         No. 4978599
                                         Qualified in New York County
                                         Commission Expires ~~April 18, 20~~ 10/2/15